IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(Ocala Division)

|  |  |  |
|---|---|---|
| CARLO TRIMBOLI, | ) | Case No.:5:24-cv-00064-TJC-PRL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEUTSCHE LUFTHANSA | ) | |
| AKTIENGESELLSCHAFT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### Stipulation of Dismissal with Prejudice

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys on behalf of the parties herein that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Respectfully submitted, this 16th day of September, 2024.

Attorneys for Plaintiff

/s/ John D. McKay
John D. McKay, Esq.
Florida Bar # 174378
PARK AVENUE LAW LLC
941 W. Morse Blvd. Suite 100 #265
Winter Park, FL 32789
Tel: (434) 531-9569
Fax: (407) 264-6551
Email: j.mckay@parkavenuelaw.com

Attorneys for Defendant

Lisa B Heller, Esq.
Florida Bar#: 96658
CONDON & FORSYTH LLP
701 Brickell Avenue, Suite 1550
Miami, Florida 33131
Tel: (305) 492-7303
Fax: (212) 370-4453
Email: lheller@condonlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2024, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the parties of record.

/s/ Lisa Heller
Lisa Heller

2