**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CARLO TRIMBOLI,

    Plaintiff,

                                Case No. 5:24-cv-64-TJC-PRL

v.

DEUTSCHE LUFTHANSA
AKTIENGESELLSCHAFT,

    Defendant.

---

## O R D E R

Upon review of the Stipulation of Dismissal, Doc. 34, filed on September 16, 2024, this case is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 20th day of September, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record